UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: SEARCH/SEIZURE WARRANT

      Plaintiff(s),      Case No. 18-mc-51346

v.              Honorable Judith E. Levy

              Honorable Mark A. Goldsmith

      Defendant(s).
                   /

## ORDER OF CASE REASSIGNMENT FOR DOCKET EFFICIENCY

    Pursuant to E.D. Mich LR 83.11(b)(2), the Chief Judge may order a civil case to be reassigned, but only with the consent of the Judge to whom the case was originally assigned and with the consent of the Judge to whom it is to be reassigned. Therefore, for docket efficiency, the Clerk is directed to reassign this case from the docket of the Honorable _____Judith E. Levy_____ to the docket of the Honorable _____Mark A. Goldsmith_____.

                   s/Denise Page Hood
                   Chief Judge Denise Page Hood
                   United States District Judge

                   s/Judith E. Levy
                   Judith E. Levy
                   United States District Judge

                   s/Mark A. Goldsmith
                   Mark A. Goldsmith
                   United States District Judge

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
    Case type: CIVIL

Date: February 7, 2020         s/ S Schoenherr
                   Deputy Clerk

cc:  Parties and/or counsel of record
   Honorable Mark A. Goldsmith